# ZMO Law PLLC

May 22, 2025

**Via ECF and email**

Hon. John P. Cronan
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE: *United States v. Alba Gonzalez*, 23 Cr. 501 (JPC)

Dear Judge Cronan:

    This office represents Alba Gonzalez in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself, co-counsel Tess Cohen, and paralegal Camila Matamoros. Interim vouchers are appropriate in this instance because of the extensive discovery materials that we have been working on and because trial is not scheduled until April 2026. We have submitted a proposed case budget to the Second Circuit case budgeting attorney.

    Thank you for your attention to this case.

The request is granted. Counsel for Defendant Alba Gonzalez may submit interim vouchers for Mr. Margulis-Ohnuma, Ms. Cohen, and Ms. Matamoros. The Clerk of Court is respectfully directed to close Docket Number 160.

SO ORDERED.
Date: May 23, 2025
New York, New York

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma
Principal Attorney

JOHN P. CRONAN
United States District Judge

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com