UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                            :

UNITED STATES OF AMERICA            :

                            :

        -v-                   :         S8 23 Cr. 501 (JPC)

                            :

ALBA GONZALEZ,               :           ORDER

                            :

                Defendant.     :

                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Alba Gonzalez's change of plea hearing is scheduled for January 8, 2026, at 4:00 p.m. *See* Notice of Hearing, Dec. 3, 2025. By January 5, 2026, the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that she enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

       SO ORDERED.

Dated: December 3, 2025
      New York, New York                         _____
                                      JOHN P. CRONAN
                             United States District Judge