# ZMO Law PLLC

May 15, 2026

<span style="color:blue">The request is granted.  Mr. Margulis-Ohnuma, Ms. Cohen, and Ms. Matamoros may submit interim CJA vouchers for this matter.</span>

***Via ECF***

<span style="color:blue">The Clerk of Court is respectfully directed to close Docket Number 297.</span>

Hon. John P. Cronan
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

<span style="color:blue">SO ORDERED.
May 19, 2026
New York, New York</span>

JOHN P. CRONAN
United States District Judge

RE: *United States v. Alba Gonzalez*, 23 Cr. 501 (JPC)

Dear Judge Cronan:

This office represents Alba Gonzalez in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself, co-counsel Tess Cohen, and paralegal Camila Matamoros. Interim vouchers are appropriate in this instance because of the extensive work completed in preparation for the trial scheduled for April 2026 prior to Ms. Gonzalez's guilty plea in January 2026, and because sentencing has been postponed until July 15, 2026.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma
Principal Attorney

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com