UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBA GONZALEZ,

Defendant.

S8 23 Cr. 501 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 30, 2026, Ms. Gonzalez filed a letter requesting an extension of her voluntary surrender date. Dkt. 400. On October 2, 2026, the Government provided chambers with a redacted version of its response to Ms. Gonzalez's letter. On October 3, 2026, in addition to granting Ms. Gonzalez's request, the Court asked the defense to provide any objections to the filing of the Government's redacted response by October 7, 2026. Dkt. 404. The defense did not file any objections by October 7, 2026. Therefore, the Court directs the Government to file its redacted response dated October 2, 2026 on the docket.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge