# ZMO LAW PLLC

October 14, 2026

*Via ECF and email*

The request is granted. The Court extends Ms. Gonzalez's surrender date to November 9, 2026. However, the Court does not anticipate granting any further extensions absent extraordinary circumstances.

SO ORDERED.
October 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**FILED UNDER SEAL**

Hon. John P. Cronan
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: *U.S. v. Alba Gonzalez*, 23 Cr. 501 (JPC)

Dear Judge Cronan:

This office represents Alba Gonzalez in the above-captioned matter. We write to request that Ms. Gonzalez's surrender date be extended from October 19, 2026 to November 9, 2026 [redacted]. This is her second request to extend her surrender date, which was originally scheduled for October 5, 2026.

The government has requested additional medical records from the defense and advises that their current position is that they oppose the extension request. Our office has made requests for additional documentation beyond Exhibit A and B, attached, which have already been provided to the government. However, given that Ms. Gonzalez is scheduled to surrender in five days, we felt it was prudent to make this request to the Court, even while the document requests were outstanding, and we respectfully submit that the current record—which clearly shows [redacted] and has no wish to adjourn the surrender any longer than absolutely necessary—is more than adequate to justify the three week adjournment we are requesting.

As the Court is aware, Ms. Gonzalez [redacted]

[redacted]. Our paralegal, Camila Matamoros, spoke to [redacted]

[redacted]

[redacted]

Ms. Gonzalez is fully prepared to enter prison as soon as medically possible. She sold her home and is living with a friend while she tries to [redacted]—clear evidence she intended to begin the sentence as originally ordered by the Court. However, she understands from her [redacted] that if she begins a prison sentence now, she is at [redacted]

While the Bureau of Prisons ("BOP") is typically competent to handle [redacted]

Thank you for your attention to this case.

Very truly yours,

*Tess M. Cohen*

Tess M. Cohen

CC: All Counsel (via ECF)